JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER BAND, an individual,<br><br>                    Plaintiffs,<br><br>v.<br><br>PLAYA HOTELS & RESORTS, LLC (doing business as - HYATT ZIVA PUERTO VALLARTA), a Delaware limited liability company, PLAYA RESORT MANAGEMENT, LLC, a Delaware limited liability company; HYATT CORPORATION, a Delaware corporation; HYATT INTERNATIONAL CORPORATION, A Delaware corporation; HYATT ZIVA PUERTO VALLARTA, a business organization, form unknown; and DOES 1 THROUGH 25,<br>                    Defendants. | Case No. 2:22-cv-09405-SB-PVC<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR THE COURT TO RETAIN JURISDICTION RELATIVE TO POTENTIAL DOE DEFENDANTS UNTIL JULY 6, 2023** |

**ORDER**

The joint stipulation, Dkt. No. 24, is approved IN PART. This action, including all claims stated against all parties, is hereby dismissed without prejudice. Should Plaintiff discover further information on the DOES Defendants and wish to refile the action, they are permitted to do so.

Dated: April 11, 2023

Stanley Blumenfeld, Jr.
United States District Judge